CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:13CR00019 |
| | ) | (CASE NO. 3:15CV80870) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LARRY SANFORD WALKER, JR., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is

**ADJUGDED AND ORDERED**

that the motion to vacate, set aside or correct the sentence (ECF No. 80) is **DISMISSED WITHOUT PREJUDICE**; the clerk shall **STRIKE** this action from the active docket of the court; and counsel's request to withdraw (ECF No. 85) is **GRANTED**.

ENTER: This 12th day of April, 2016.

_____
Chief United States District Judge